

**FILED**

AUG 2 9 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L. RUTHER, )
)
        Plaintiff, )
)
v. ) Civil Action No. 17-1553 (UNA)
)
BARRY GASH, *et al.*, )
)
        Defendants. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. It appears that plaintiff has filed, and the Court has dismissed, a substantially similar complaint against these same defendants. *See Ruther v. Gash*, No. 17-cv-1405 (D.D.C. Aug. 14, 2017). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.

                                                  /s/
                                      United States District Judge

DATE: 8/22/17